IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **FOREMAN ELECTRIC SERVICES, INC.,** )<br>)<br>   **Plaintiff,** )<br>)<br>**v.** )<br>)<br>**MAMMOTH ENERGY SERVICES, INC.** )<br>**and COBRA ACQUISITIONS LLC,** )<br>)<br>   **Defendants.** ) | **Case No. CIV-21-518-R** |

### DISMISSAL WITHOUT PREJUDICE

**PURSUANT TO** F̲E̲D̲. R. C̲I̲V̲. P. 41(a)(1)(A)(i), Plaintiff Foreman Electric Services, Inc., by and through its counsel of record, herein dismisses all of its causes of action as articulated in the Petition that was filed in Oklahoma County Court and is now before the Western District of Oklahoma pursuant to removal. This dismissal is *without* prejudice to the refiling of Plaintiff's causes of action and is filed as a matter of right, inasmuch as neither an Answer nor a Motion for Summary Judgment has been filed in this matter.

          Respectfully submitted,

          **D**UNLAP **B**ENNETT **& L**UDWIG

          /s/ Timothy S. Kittle
          David R. Keesling, OBA No. 17881
          Timothy S. Kittle, OBA No. 21979
          Destyn D. Stanton, OBA No. 31718
          6660 South Sheridan Road, Suite 250
          Tulsa, Oklahoma 74133
          (918) 998-9350 – Telephone
          (918) 998-9360 – Facsimile
          dkeesling@dbllawyers.com
          tkittle@dbllawyers.com
          dstanton@dbllawyers.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 28th day of July, 2021, I electronically transmitted the attached document to the Clerk of Court using the ECF system for filing and transmittal of Notice of Electronic Filing to the following ECF registrants:

Robert McCampbell, OBA No. 10390
Lance E. Leffel, OBA No. 19511
**GABLE GOTWALS**
One Leadership Square, Fifteenth Floor
211 North Robinson
Oklahoma City, Oklahoma 73102-7101
(918) 596-7717 – Telephone
(918) 596-9700 – Facsimile
RMcCampbell@Gablelaw.com
LLeffel@Gablelaw.com

Michael B. Carlinsky
Jacob J. Waldman
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, New York 10010
michaelcarlinsky@quinnemanuel.com
jacobwaldman@quinnemanuel.com

Harry A. Olivar, Jr.
Kristen Bird
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
harryolivar@quinnemanuel.com
kristenbird@quinnemanuel.com

*Attorneys for Defendants:*
*Mammoth Energy Services, Inc.*
*Cobra Acquisitions, LLC*

                                              /s/ Timothy S. Kittle